IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY FORD BANISTER, II | ) | |
| | ) | Case No. 17-cv-8940 |
| | ) | |
| Plaintiff, | ) | **Judge Ruben Castillo** |
| | ) | |
| v. | ) | **Magistrate Michael T. Mason** |
| | ) | |
| CHEN HONGMEI, AKA LILY LIU, | ) | |
| AKA JOYCE LIU, LIU CHENGZE, | ) | |
| AKA ERIC LIU | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE ANSWER OF THIRD
PARTY CITATION RESPONDENT AND TURNOVER OF FUNDS**

Now Comes the Plaintiff, L. Ford Banister, II, by and through one of his attorneys, The Law Office of Charles E. McElvenny, and in support of Plaintiff's Motion for Judgment on the Answer of Third Party Citation Respondent, Paypal Inc., and for Turnover of Funds, states as follows:

1.      On February 26, 2019, Judgment was entered in this Court in favor of the Plaintiff, L. Ford Banister, II (hereinafter "Plaintiff"), and against Defendants Chen Hongmei (aka Lily Liu, aka Joyce Liu) and Liu Chengze (aka Eric Liu) in the total amount of $150,400. See Exhibit A [Docket 63]. Since the date of the Judgment and service of the Citation to Discover Assets, Plaintiff has not collected any amounts a due. There is now due the sum of $150,400 (Judgment Balance Defendants Chen Hongmei and Liu Chengze).

2.      A Citation to Discover Assets to a Third Party was served on Third Party Paypal, Inc. (hereinafter "Paypal") on April 9, 2019 and a Notice of Citation was served on

Defendants Chen and Liu via email addresses above as authorized by the Final Judgment Order [Doc. 62 at ¶ 6] on **[Date]** See Citation Notice, attached hereto as Exhibit B.

3. Paypal Inc. served its Answer on April 11, 2019 [Doc. 65] indicating that Paypal, Inc. is in possession of non-exempt funds belonging to Defendants Chen and Liu and indicating that $2,563.95 in two Paypal account was being withheld. See Paypal, Inc.'s Answer, attached hereto as Exhibit C.

4. Supplementary proceedings to enforce a judgment are governed by Federal Rule of Civil Procedure 69(a)which provides that a district court is to use state procedure governing the execution of any such judgment. Fed. R. Civ. P. 69(a).

5. Section 5/2-1402 of the Illinois Code of Civil Procedure provides that when assets of a judgment debtor not exempt from the satisfaction of a judgment are discovered, a court may enter an order or judgment compelling the person cited to deliver said assets. 735 ILCS 5/2-1402.

6. As such, the Plaintiff is entitled to the non-exempt property of Defendants Chen and Liu, the Judgment Debtor, in partial satisfaction of the Judgment Balance remaining due.

WHEREFORE, the Plaintiff L. Ford Banister, II, respectfully requests that this Court enter a Judgment on its Third Party Citation and order Third Party Citation Respondent, Paypal, Inc., to turnover to Plaintiff in partial satisfaction of the judgment, the property of judgment debtors, Chen Hongmei and Liu Chengze, in the amount of $2,563.95, and for such other relief that this Court deems just and proper.

                Respectfully Submitted:
                /s/ Charles E. McElvenny
                Charles E. McElvenny

Charles E. McElvenny
Law Office of Charles E. McElvenny
20 N. Clark Street
Suite 2200
Chicago, Illinois 60602
312-291-8330